1  John B. Sganga, Jr. (SBN 116,211)
   David G. Jankowski (SBN 205,634)
2  Christopher L. Ross (SBN 228,376)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  2040 Main Street
   Fourteenth Floor
4  Irvine, CA 92614
   Phone: (949) 760-0404
5  Facsimile: (949) 760-9502

6  Attorneys for Defendant and Counterclaimant,
   MAGNETAR TECHNOLOGIES CORPORATION
7

   Ted S. Ward (SBN 143,810)
8  Ward, Stark & Harrison LLP
   624 South Grand Ave., Suite 2940
9  Los Angeles, CA 90017
   Phone: (213) 995-2500
10 Facsimile: (213) 995-2505

11 Attorney for Plaintiff and Counterclaim Defendant,
   INTAMIN, LTD.
12

13                IN THE UNITED STATES DISTRICT COURT

14             FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                          SOUTHERN DIVISION

16

17 INTAMIN, LTD., a Maryland          ) Civil Action No.
   corporation                        ) SACV 04-0511 GLT (JWJx)
18                                    )
                                      ) Hon. Gary L. Taylor
19            Plaintiff,              )
                                      )
20      v.                            ) **JOINT STIPULATION AND**
                                      ) **[PROPOSED] ORDER FOR A**
21 MAGNETAR TECHNOLOGIES              ) **LIMITED EXTENSION OF THE**
   CORP., a Nevada Corporation, and   ) **DISCOVERY CUT-OFF DEADLINE**
22 DOES 1 through 10, Inclusive,      )
                                      ) **Discovery Cut-Off:**
23            Defendant.              )   January 3, 2005
                                      ) **Final Pretrial Conference:**
24                                    )   April 1, 2005, 1:30 p.m.
                                      ) **Trial:**
25                                    )   Month of May, 2005
                                      )
26                                    )
                                      )
27 AND RELATED COUNTERCLAIMS          )
                                      )
28

1  WHEREAS, the August 30, 2004, Pretrial Scheduling Order in this case set a
2  deadline for fact discovery of January 3, 2005;
3  WHEREAS, the following third-party witnesses subpoenaed by Defendant
4  Magnetar Technologies Corporation are unavailable for deposition on mutually
5  acceptable dates for deposition prior to the current deadline: Leonid Thenor;
6  Michael McCabe; Jr.; and Benjamin Hauptman;
7  WHEREAS, Plaintiff has noticed the Rule 30(b)(6) deposition of Magnetar
8  Technologies Corporation for December 30, and this date is unavailable for
9  Magnetar and its counsel;
10  WHEREAS, Defendant has noticed the Rule 30(b)(6) deposition of Intamin,
11  Ltd. and Sandor Kernacs for December 15, and because of last minute scheduling
12  problems, Mr. Kernacs could not attend a deposition on that date;
13  WHEREAS, the various counsel and witnesses are unavailable for deposition
14  on mutually acceptable dates during the last two weeks of December;
15  WHEREAS, no previous requests for extension of time have been sought by
16  either party;
17  NOW THEREFORE, the parties hereby stipulate to a two-week extension of
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

the Discovery Cut-off deadline to **January 17, 2005**, for the limited purpose of completing the above depositions. No other due dates in the Pretrial Scheduling Order are to change as a result.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 14, 2004        By: _____
                                              John B. Sganga, Jr.
                                              David G. Jankowski
                                              Christopher L. Ross

Attorneys for Defendant and Counterclaimant,
MAGNETAR TECHNOLOGIES CORP.

WARD, STARK & HARRISON LLP

Dated: _____        By: _____
                                              Ted. S. Ward

Attorneys for Plaintiff and Counterclaim Defendant,
INTAMIN, LTD.

IT IS SO ORDERED.

Date: 12-17-04

_____
Hon. Gary L. Taylor
United States District Court Judge

-2-

1  the Discovery Cut-off deadline to **January 17, 2005**, for the limited purpose of
2  completing the above depositions. No other due dates in the Pretrial Scheduling
3  Order are to change as a result.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _____   By: _____
John B. Sganga, Jr.
David G. Jankowski
Christopher L. Ross

Attorneys for Defendant and Counterclaimant,
MAGNETAR TECHNOLOGIES CORP.

WARD, STARK & HARRISON LLP

Dated: December 14, 2004   By: _____
Ted. S. Ward

Attorneys for Plaintiff and Counterclaim Defendant
INTAMIN, LTD.

IT IS SO ORDERED.

Date: _____

Hon. Gary L. Taylor
United States District Court Judge

-2-A

# **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On December 14, 2004, I served the within **JOINT STIPULATION AND [PROPOSED] ORDER FOR A LIMITED EXTENSION OF THE DISCOVERY CUT-OFF DEADLINE** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA U.S. MAIL:    Ted S. Ward
                  Ward, Stark & Harrison LLP
                  624 South Grand Ave., Suite 2940
                  Los Angeles, CA 90017
                  Facsimile No.: 213-995-2505
                  E-mail: tward@wsandh.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2004, at Irvine, California.

*/s/ Linda Ponce de Leon-Garcia*
Linda Ponce de Leon-Garcia

H:\DOCS\DGJ\DGJ-2737.DOC
121004

-3-