1 | John B. Sganga, Jr. (SBN 116,211)
    jsganga@kmob.com
2 | David G. Jankowski (SBN 205,634)
    djankowski@kmob.com
3 | Christopher L. Ross (SBN 228,376)
    cross@kmob.com
4 | KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street
5 | Fourteenth Floor
    Irvine, CA 92614
6 | Phone: (949) 760-0404
    Facsimile: (949) 760-9502
7 |
    Attorneys for Defendant and Counterclaimant,
8 | MAGNETAR TECHNOLOGIES CORPORATION

9 | Ted S. Ward (SBN 143,810)
    tward@wsandh.com
10 | WARD, STARK & HARRISON LLP
     624 South Grand Ave., Suite 2940
11 | Los Angeles, CA 90017
     Phone: (213) 995-9500
12 | Facsimile: (213) 995-2505

Attorney for Plaintiff and Counterclaim Defendant,
INTAMIN, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 04-0511 GAF (JWJx)<br><br>Hon. Gary A. Feess<br>Magistrate Judge Jeffrey W. Johnson<br><br>**[PROPOSED] STIPULATED ORDER AND JUDGMENT**<br><br>**Discovery Cut-Off:**<br>  January 3, 2005<br>**Final Pretrial Conference:**<br>  August 8, 2005, 3:30 p.m.<br>**Trial:**<br>  September 20, 2005 |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

In light of the fact that Plaintiff Intamin, Ltd.'s ("Intamin") patent infringement claim was resolved by Judge Taylor's earlier grant of summary judgment of non-infringement, and that Defendant Magnetar Technologies Corporation's ("Magnetar") remaining counterclaims were dismissed without prejudice by this Court on July 1, 2005, the parties agree that no claims remain outstanding in this case and that final judgment should be entered, without prejudice to their rights to appeal and contest the proper amount of costs to be awarded. Thus, the parties hereby stipulate to the entry of the following order.

THEREFORE, IT IS ORDERED THAT:

1. Based on the Court's Order entered July 1, 2005 granting Magnetar's motion to dismiss remaining counterclaims without prejudice and the Court's previous Orders entered January 25, 2005, March 16, 2005 and April 25, 2005 granting Magnetar's motion for summary judgment of no infringement, no claims remain outstanding and Final Judgment is hereby entered in favor of Magnetar for the claim of infringement alleged in the complaint, and for Magnetar's counterclaim for declaration of noninfringement of U.S. Patent No. 6,062,350; and

2. The Court's Scheduling and Case Management Order served concurrently with its Order entered July 1, 2005 is vacated as moot because nothing remains for trial; and

3. Pursuant Federal Rule of Civil Procedure 54(d), costs are

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

awarded to the prevailing party, Magnetar, in an amount to be determined by the Clerk of the Court, pursuant to Local Rule 54-3.

Dated: 7/15/05    By: _____
Hon. Gary A. Feess
United States District Court Judge

So Stipulated,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 7/14/05    By: _____
John B. Sganga, Jr.
David G. Jankowski
Christopher L. Ross

Attorneys for Defendant and Counterclaimant,
MAGNETAR TECHNOLOGIES CORP.

WARD, STARK & HARRISON LLP

Dated: _____    By: _____
Ted S. Ward

Attorneys for Plaintiff and Counterclaim Defendant
INTAMIN, LTD.

-2-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On July 14, 2005, I served the within **[PROPOSED] STIPULATED ORDER AND JUDGMENT** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

| | |
|---|---|
| VIA FACSIMILE AND U.S. MAIL: | Ted S. Ward<br>Ward, Stark & Harrison LLP<br>624 South Grand Ave., Suite 2940<br>Los Angeles, CA 90017<br>Facsimile No.: 213-995-2505<br>E-mail: tward@wsandh.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2005, at Irvine, California.

*/s/ Linda Ponce de Leon-Garcia*
Linda Ponce de Leon-Garcia

1803490
070705