ORIGINAL

1  John B. Sganga, Jr. (SBN 116,211), jsganga@kmob.com
   David G. Jankowski (SBN 205,634), djankowski@kmob.com
2  Christopher L. Ross (SBN 228,376), cross@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  2040 Main Street
   Fourteenth Floor
4  Irvine, CA 92614
   Phone: (949) 760-0404
5  Facsimile: (949) 760-9502

6  Attorneys for Defendant and Counterclaimant,
   MAGNETAR TECHNOLOGIES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 04-0511 GAF (JWJx)<br><br>Hon. Gary A. Feess<br>Magistrate Judge Jeffrey W. Johnson<br><br>**MAGNETAR TECHNOLOGIES CORP.'S NOTICE OF APPEAL** |

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.

DATED: SEP - 7 2005

DEPUTY CLERK

DOCKETED ON CM
SEP - 6 2005
BY _____ 029

119.

Notice is hereby given that Defendant, Magnetar Technologies Corp. ("Magnetar") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Stipulated Order and Judgment entered in this action on July 19, 2005 and attached as Exhibit A. Also attached is the related January 26, 2005 Order Granting Summary Judgment and Sanctions in Favor of Defendant as Exhibit B, the March 16, 2005 Order Granting in Part Plaintiff's Motion for Reconsideration and Granting Defendant's Motion for Summary Judgment and Motion for Rule 11 Sanctions as Exhibit C, and the April 25, 2005 Order Vacating the Award of Rule 11 Sanctions as Exhibit D.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 1, 2005   By: _____
John B. Sganga, Jr.
David G. Jankowski
Christopher L. Ross

Attorneys for Defendant and Counterclaimant,
MAGNETAR TECHNOLOGIES CORP.

-1-

**EXHIBIT A**

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On September 1, 2005, I served the within **MAGNETAR TECHNOLOGIES CORP.'S NOTICE OF APPEAL** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA U.S. MAIL:  Ted S. Ward
Ward, Stark & Harrison LLP
624 South Grand Ave., Suite 2940
Los Angeles, CA 90017
Facsimile No.: 213-995-2505
E-mail: tward@wsandh.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2005, at Irvine, California.

Linda Ponce de Leon-Garcia

1907502
083105