John B. Sganga, Jr. (SBN 116,211)
jsganga@kmob.com
David G. Jankowski (SBN 205,634)
djankowski@kmob.com
Christopher L. Ross (SBN 228,376)
cross@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counterclaimant,
MAGNETAR TECHNOLOGIES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>LACV04-511 GAF (JWJx)<br><br>Honorable Gary A. Feess<br><br>**DEFENDANT MAGNETAR TECHNOLOGIES CORP'S NOTICE OF MOTION AND MOTION OF SUMMARY JUDGMENT**<br><br>Date: March 30, 2009<br>Time: 9:30 a.m.<br>Ctrm: 740 |

TO PLAINTIFF INTAMIN, LTD. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 30, 2009 at 9:30 a.m.or as soon as the motion can be heard, in Courtroom 740 of the Roybal Federal Building, located at 255 East Temple Street, Los Angeles, California, before Honorable Judge Gary A. Feess, Defendant and Counterclaimaint Magnetar Technologies Corp. ("Magnetar"), will move and does move pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment of 1) invalidity of Claim 10, 2) non-infringement of all claims, and 3) Plaintiff Intamin, Ltd.'s unclean hands.

This Motion is made following a conference of counsel pursuant to L.R. 7-3, which took place on January 26, 2009.

This Motion is based upon this Notice of Motion; the Memorandum of Points and Authorities; the Declarations of David Jankowski (including the exhibits thereto) and Edward M. Pribonic (including the exhibits thereto) and Confidential Declaration of Edward M. Pribonic; and Declaration of Chris Robins (including the exhibits thereto) and the [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; the [Proposed] Order Granting the Motion, all of which are served and filed or lodged concurrently with the Motion, any subsequently filed reply and accompanying papers in support of the Motion, the pleadings and papers on file herein, and such other arguments, evidence, and matters as may be presented at, during, or before the hearing on this Motion.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 26, 2009    By: */s/David G. Jankowski*
John B. Sganga, Jr.
David G. Jankowski
Christopher L. Ross
Attorneys for Defendant/Counterclaimant,
MAGNETAR TECHNOLOGIES

-2-