1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    CENTRAL DISTRICT OF CALIFORNIA
8
9  INTAMIN, LTD,                          CASE NO.:  CV 04-511 GAF
10
                Plaintiff,
11                                        **PARTIAL JUDGMENT**
12        vs.
13                                        [FED. R. CIV. P. 54(b)]
14  MAGNETAR TECHNOLOGIES
    CORP.,
15
16              Defendant.
17
18
19
20
21        Defendant Magnetar Technologies Corporation ("Magnetar"), having moved for
22  summary judgment on Plaintiff Intamin Ltd.'s ("Intamin") claim that a magnetic
    braking system manufactured by Magnetar infringed United States Patent Number
23  6,062,350 ("the '350 patent"), and the Court having granted the motion on multiple
24  grounds stated in its "MEMORANDUM AND ORDER REGARDING
25  DEFENDANTS' MOTION FOR SUMMARY JUDGMENT," and the parties having
26  requested entry of judgment on the patent infringement claims to permit appeal while
27  the parties litigate Magnetar's counterclaims,
28

190315.1

1

2

3

4

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

5

    1.  Intamin take nothing by virtue of its claim that Magnetar infringed the patent

6

infringement claims;

7

    2.  The issues of attorney's fees and costs to be resolved in proceedings in the

8

district court and to be included in the final judgment entered at the conclusion of all

9

proceedings in this case.

10

11

    Dated: August 26, 2009

12

13

    _____
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
**JUDGMENT**

190315.1