BERKE, KENT & WARD LLP
Ted S. Ward (State Bar No. 143810)
tward@bkwllp.com
811 Wilshire Blvd., 17th Floor
Los Angeles, California 90017
Telephone: (213) 995-2500
Facsimile: (213) 995-2505

Attorneys for Plaintiff/Appellant
INTAMIN, LTD.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and DOES 1 through 10, Inclusive,<br><br>　　　　　　Defendants | CASE NO.  SACV 04-0511-GAF (JWJx)<br><br>**NOTICE OF APPEAL** |

　　NOTICE IS HEREBY GIVEN that INTAMIN, LTD., plaintiff in the above

named case, hereby appeals to the United States Court of Appeals for the Federal

Circuit from the Partial Judgment entered in this action on August 26, 2009.

　　A copy of said partial judgment is attached hereto.

Dated: September 22, 2009

　　　　　　　　　　　　　　　　　　　　/TSW_____
　　　　　　　　　　　　　　　　　　　　Ted S. Ward
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Appellant
　　　　　　　　　　　　　　　　　　　　INTAMIN, LTD.
　　　　　　　　　　　　　　　　　　　　811 Wilshire Blvd., 17th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017