1  John B. Sganga, Jr. (SBN 116,211)
   jsganga@kmob.com
2  David G. Jankowski (SBN 205,634)
   djankowski@kmob.com
3  Christopher L. Ross (SBN 228,376)
   cross@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA  92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
   Attorneys for Defendant/Counterclaimant,
8  MAGNETAR TECHNOLOGIES CORPORATION

9

10

11            IN THE UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                    WESTERN DIVISION

| 14 | INTAMIN, LTD., a Maryland corporation, | ) ) | Civil Action No. SACV04-511 GAF (JWJx) |
|---|---|---|---|
| 15 | | ) ) | |
| 16 | Plaintiff, | ) ) | **SECOND DECLARATION OF CHRISTOPHER L. ROSS IN** |
| 17 | v. | ) ) ) | **SUPPORT OF DEFENDANT MAGNETAR TECHNOLOGIES** |
| 18 | MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and DOES 1 through 10, inclusive, | ) ) ) | **CORP.'S SUPPLEMENTAL MEMORANDUM REGARDING FEES AND COSTS** |
| 19 | | ) ) | |
| 20 | Defendant. | ) ) ) | Hearing re Fees & Costs: Date: TBD Time:  TBD |
| 21 | | ) ) | Ctrm:  10D |
| 22 | | ) ) | Honorable Gary A. Feess |
| 23 | _____ | ) ) | |
| 24 | AND RELATED COUNTERCLAIMS | ) ) ) | Disc. Cutoff: June 7, 2005 Final Pretrial Conference: July 8, 2005, 1 :30 p.m. |
| 25 | _____ | ) | Trial: August 2005 |

26

27

28

I, Christopher L. Ross, hereby declare:

1.      I am a partner with Knobbe, Martens, Olson & Bear, LLP, counsel for Defendant Magnetar Technologies Corporation in the above-captioned matter.  I am admitted to practice before all the courts of the State of California and the U.S. District Court for the Central District of California.  Unless otherwise stated, the facts set forth herein are true of my own personal knowledge, and, if called upon, I could and would testify competently to them.

2.      Yesterday, October 22, 2009, I submitted a *Confidential Declaration in Support of Magnetar's Supplemental Memorandum Regarding Fees and Costs* ("Conf. Ross Decl.").  The Conf. Ross Decl. was manually filed on October 22, 2009.  (*See* Revised Notice of Manual Filing (Docket No. 182)).

3.      I submit this Second Declaration to **correct inadvertent errors in certain citations** in the Conf. Ross Decl.  Specifically, please note the following cite corrections that should be applied to the Conf. Ross Decl.:

- On p. 4, l. 2, the citation to "Ex. M at 2" should read "Ex. M **at 4**".

- On p. 4, l. 17, the citation to "Ex. P at 157" should read "**Ex. N** at 157".

- On p. 4, l. 25, the citation to "Ex. Q at I-34" should read "**Ex. O** at I-34".

- On p. 5, l. 1, the citation to "Ex. Q at I-34" should read "**Ex. O** at I-34".

4.      These corrections do not affect the substantive facts set forth in the Conf. Ross Decl. or the exhibits attached thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of October, 2009 at Irvine, California.

Christopher L. Ross

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On October 23, 2009, the within document **SECOND DECLARATION OF CHRISTOPHER L. ROSS IN SUPPORT OF DEFENDANT MAGNETAR TECHNOLOGIES CORP.'S SUPPLEMENTAL MEMORANDUM REGARDING FEES AND COSTS** was electronically filed with the Court and notification of same will be forwarded to the following Counsel registered to receive Electronic Notifications as follows:

> Ted S. Ward
> tward@bkwllp.com
> Berke, Kent & Ward LLP
> 811 Wilshire Boulevard, Suite 1700
> Los Angeles, CA 90017
> Telephone: (213) 995-2500
> Facsimile: (213) 995-2505

I declare that I am a member of the bar of this Court.

Executed on October 23, 2009 at Irvine, California.

_____
Christopher L. Ross

8002090
102309