NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

INTAMIN, LTD.,
*Plaintiff-Appellant,*

v.

MAGNETAR TECHNOLOGIES CORP.,
*Defendant-Appellee.*

---

2010-1003

---

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appeal from the United States District Court for the Central District of California in no. 04-CV-0511, Judge Gary A. Feess.

---

## JUDGMENT

---

TED S. WARD, Berke, Kent & Ward LLP, of Los Angeles, California, argued for plaintiff-appellant.

JOHN B. SGANGA, JR., Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for defendant-appellee. With him on the brief were PAUL A. STEWART, JOSEPH S. CIANFRANI, DAVID G. JANKOWSKI and CHRISTOPHER L. ROSS.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER and GAJARSA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

DEC 1 0 2010
Date

Jan Horbaly
Clerk

**ISSUED AS A MANDATE:** JAN 1 8 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2010

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/26/11