John B. Sganga, Jr. (Bar No. 116211)
jsganga@kmob.com
David G. Jankowski (Bar No. 205634)
djankowski@kmob.com
Christopher L. Ross (Bar No. 228376)
cross@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502

Attorneys for Defendant MAGNETAR TECHNOLOGIES CORP.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No. 8:04-CV-00511 GAF (JWJx)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT**<br><br>Hon. Gary A. Feess |

*1*  This Court, having considered the Motion of Defendant MAGNETAR
*2*  TECHNOLOGIES CORP. for Entry of Final Judgment (the "Motion") and the
*3*  papers filed in support thereof, the papers in opposition to the Motion (if any)
*4*  filed by Plaintiff INTAMIN, LTD. ("Intamin"), the oral argument of counsel (if
*5*  any), and the pleadings and other documents of record, hereby concludes that
*6*  the above-captioned civil action is now in condition for the entry of Final
*7*  Judgment. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** as
*8*  follows:

*9*   1.   The Motion is GRANTED.

*10*  2.   This Court's December 28, 2009 "Order Re: Magnetar's
*11* Application for Reasonable Attorneys' Fees and Costs" [Dkt. No. 189] in favor
*12* of Magnetar, and against Intamin, in the amount of $819,646.03, is enforceable
*13* as entered.

*14*  DONE AND ORDERED, at Los Angeles, California, this 17th day of
*15* February, 2011.

_____
UNITED STATES DISTRICT JUDGE

10492416_1
013111

-1-