Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Plaintiff
Intamin, Ltd.

John B. Sganga, Jr. (Bar No. 116211)
  jsganga@kmob.com
John W. Holcomb (Bar No. 172121)
  jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Defendant
Magnetar Technologies Corp.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation, | ) Civil Action No.<br>) 8:04-CV-00511 GAF (JWJx)<br>) |
| Plaintiff, | ) **ORDER GRANTING**<br>) **STIPULATION RE BRIEFING** |
| v. | ) **SCHEDULE FOR RULE 60**<br>) **MOTION AND STAY OF** |
| MAGNETAR TECHNOLOGIES<br>CORP., a Nevada corporation, and<br>DOES 1 through 10, inclusive, | ) **PROCEEDINGS TO ENFORCE**<br>) **JUDGMENT AND DEPOSIT OF**<br>) **FUNDS PURSUANT TO**<br>) **RULES 62 AND 67** |
| Defendant. | )<br>) Hon. Gary A. Feess |
| AND RELATED COUNTERCLAIM | )<br>) |

This Court, having considered the parties' Stipulation re Briefing Schedule for Rule 60 Motion and Stay of Proceedings to Enforce Judgment and Deposit of Funds Pursuant to Rules 62 and 67, concludes the stipulation should be GRANTED.

The Court ORDERS as follows:

1. The following schedule shall apply to Intamin's Rule 60 Motion and Notice of Appeal of the Final Judgment:

   - Last day for Intamin to file its Rule 60 Motion:                    April 4, 2011
   - Last day for Magnetar to file its Opposition to the Rule 60 Motion:                    April 18, 2011
   - Last day for Intamin to file its Reply ISO the Rule 60 Motion:                    May 2, 2011
   - Hearing on the Rule 60 Motion:          May 16, 2011 at 9:30 am
   - Last day for Intamin to file Notice of Appeal of the Final Judgment:                    April 19, 2011

2. Within three (3) court days after the entry of this Order, Intamin shall deposit $825,000 with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and L.R. 67 (the "Fund"), subject to dispersal only upon order of this Court or pursuant to written, signed stipulation by the parties approved by the Court.  Magnetar shall have a first-priority, perfected security interest in the Fund, without the necessity of recording a financing statement.  The Fund is established solely for the payment of monies owed to Magnetar related to the Attorneys' Fees Order, with any excess monies to be returned to Intamin; provided, however that if the amount owed to Magnetar is reduced by the Court's decision on the forthcoming Rule 60 motion and, if one is taken by either party, after appeal, then the additional excess monies are also to be returned to Intamin.

3. The establishment of the above-referenced Fund shall stay enforcement of the Attorneys' Fee Judgment pending resolution of Intamin's Rule 60 Motion and appeal, if any, concerning the Attorneys' Fee Judgment and/or any appeal of the order on the Rule 60 Motion;

4. In the event that either Party does so, any appeal of the Court's order on the Rule 60 Motion shall be filed within 15 days of the entry of such order;

5. In the event that either Party files an appeal, either of the Final Judgment or of the Court's order on the Rule 60 Motion, the Parties shall not seek extension of the briefing schedule prescribed by the Federal Rules of Appellate Procedure and/or the Court of Appeal to which such appeal is taken, absent a showing of exigent circumstances.

6. The parties acknowledge that Magnetar may desire additional time to file its Opposition to the Rule 60 Motion in order to take discovery pertaining to the motion.  The parties agree to cooperate regarding any such schedule extension.

**IT IS SO ORDERED.**

Dated: April 4, 2011

HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

10956478
032811

-2-