Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
Nicholas T. Spencer (Bar No. 262197)
  nspencer@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Ste. 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Plaintiff,
INTAMIN, LTD.

John B. Sganga, Jr. (SBN 116,211); jsganga@kmob.com
John W. Holcomb (SBN 172,121); jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502

Attorneys for Defendant,
MAGNETAR TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada corporation<br><br>    Defendant. | CASE NO. CV 04-0511 GAF (JWJx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>[Local Rule 16-15.7]<br><br><br>The Honorable Gary A. Feess |

1   WHEREAS, on April 4, 2011, the Court entered the parties' Stipulation
2  concerning a briefing schedule on plaintiff Intamin, Ltd.'s ("Intamin") anticipated
3  motion for relief pursuant to Fed. R. Civ. Proc. 60(b)(6), as well as Intamin's
4  agreement to deposit funds with the Court pursuant to Fed. R. Civ. Proc. 67 and
5  Local Rule 67;

6   WHEREAS, pursuant to the April 4, 2011 Stipulation, Intamin had until
7  midnight on April 4, 2011 to electronically file its Rule 60(b)(6) Motion;

8   WHEREAS, Intamin did not file its Rule 60(b)(6) Motion because the
9  parties reached an agreement in principle late in the day on April 4, 2011
10 concerning the settlement of this action—but not the action brought by defendant
11 Magnetar Technologies Corp. ("Magnetar") against Intamin, Case No. 07-1052,
12 which is also before the Court—as well as satisfaction of the Final Judgment
13 previously entered by the Court in this case (see Docket No. 189);

14  WHEREAS, the parties are diligently working to memorialize the settlement
15 terms, and expect to do so as early as April 8, 2011; and

16  WHEREAS, in light of the parties' settlement of this action, the parties have
17 agreed that Intamin need not make the deposit of funds with the Court
18 contemplated by the April 4, 2011 Stipulation;

19  PLEASE TAKE NOTICE THAT the parties hereby give notice of their
20 settlement pursuant to Local Rule 16-15.7.

23 DATED: April 6, 2011     CRONE HAWXHURST LLP

26         By         /s/
               Gerald E. Hawxhurst
27             Daryl M. Crone
               Attorneys for Plaintiff
28             Intamin, Ltd.

{00041943.DOC - v1}             - 1 -
                                        NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 6, 2011 | KNOBBE, MARTENS, OLSON & BEAR LLP |

By _____
John B. Sganga, Jr.
John W. Holcomb
Attorneys for Defendant
Magnetar Technologies Corp.