1  Gerald E. Hawxhurst (SBN 220327)
   jerry@cronehawxhurst.com
2  Daryl M. Crone (SBN 209610)
   daryl@cronehawxhurst.com
3  CRONE HAWXHURST LLP
   10880 Wilshire Blvd., Suite 1150
4  Los Angeles, CA 90024
   Telephone:  310-893-5150
5  Facsimile:  310-893-5195

6  Attorneys for Plaintiff INTAMIN, LTD.

7  John B. Sganga, Jr. (Bar No. 116211)
   jsganga@kmob.com
8  David G. Jankowski (Bar No. 205634)
   djankowski@kmob.com
9  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
10 Irvine, CA  92614
   Telephone:  949-760-0404
11 Facsimile:  949-760-9502

12 John W. Holcomb (Bar No. 172121)
   jholcomb@kmob.com
13 KNOBBE, MARTENS, OLSON & BEAR, LLP
   3403 Tenth Street, Suite 700
14 Riverside, CA  92501
   Telephone:  951-781-9231
15 Facsimile:  949-760-9502

16 Attorneys for Defendant MAGNETAR
   TECHNOLOGIES CORP.
17

18          IN THE UNITED STATES DISTRICT COURT

19          FOR THE CENTRAL DISTRICT OF CALIFORNIA

20                    WESTERN DIVISION

21 INTAMIN, LTD., a Maryland          ) Civil Action
      corporation,                    ) No. 8:04-CV-00511 GAF (JWJx)
22                                     )
                  Plaintiff,           ) **JOINT STIPULATION FOR**
23                                     ) **ORDER VACATING APRIL 4,**
             v.                        ) **2011 "ORDER GRANTING**
24                                     ) **STIPULATION RE BRIEFING**
   MAGNETAR TECHNOLOGIES              ) **SCHEDULE FOR RULE 60**
25    CORP., a Nevada corporation, and ) **MOTION AND STAY OF**
   DOES 1 through 10, inclusive,      ) **PROCEEDINGS TO ENFORCE**
26                                     ) **JUDGMENT AND DEPOSIT OF**
                  Defendant.           ) **FUNDS PURSUANT TO**
27                                     ) **RULES 62 AND 67"**
                                       )
28 AND RELATED COUNTERCLAIM            )
                                       ) Hon. Gary A. Feess

IT IS HEREBY STIPULATED by and between Plaintiff INTAMIN, LTD. and Defendant MAGNETAR TECHNOLOGIES CORP., through their respective counsel of record, that, in view of the parties' agreement resulting in the satisfaction of the Final Judgment [Dkt. No. 217] entered in the above-captioned action on or about February 18, 2011 (the "Final Judgment"), Intamin will not file a Rule 60 Motion with respect to the Final Judgment and neither party will make any appeal of the Final Judgment, and, THEREFORE, the parties respectfully request that the Court enter an Order as follows:

The Court's April 4, 2011 "Order Granting Stipulation Re Briefing Schedule for Rule 60 Motion and Stay of Proceedings to Enforce Judgment and Deposit of Funds Pursuant to Rules 62 and 67" is hereby vacated.

**IT IS SO STIPULATED.**

CRONE HAWXHURST LLP

Dated: April 13, 2011        By: _____
                                  Gerald E. Hawxhurst
                                  Daryl M. Crone
                                  Attorneys for Plaintiff INTAMIN, LTD.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 13, 2011        By: _____
                                  John B. Sganga, Jr.
                                  John W. Holcomb
                                  David G. Jankowski
                                  Attorneys for Defendant MAGNETAR
                                  TECHNOLOGIES CORP.

11013808_1
040611

-1-