John B. Sganga, Jr. (Bar No. 116211)
jsganga@kmob.com
David G. Jankowski (Bar No. 205634)
djankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502

Attorneys for Defendant and Judgment Creditor MAGNETAR TECHNOLOGIES CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTAMIN, LTD., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>8:04-CV-00511 GAF (JWJx)<br><br>**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**<br><br>Hon. Gary A. Feess |

1. IT IS HEREBY ACKNOWLEDGED by Defendant and Judgment Creditor MAGNETAR TECHNOLOGIES CORP. ("Magnetar") that Magnetar has accepted payment other than that specified in the Final Judgment [Dkt. No. 217] entered in the above-captioned action on or about February 18, 2011, against Plaintiff and Judgment Debtor INTAMIN, LTD., in the amount of $819,646.03 (the "Final Judgment"), in full satisfaction of the Final Judgment.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 13, 2011

By: *(signature)*
John B. Sganga, Jr.
John W. Holcomb
David G. Jankowski
Attorneys for Defendant and Judgment Creditor MAGNETAR TECHNOLOGIES CORP.

11014492_1
040611