| | |
|---|---|
| 1 | Gerald E. Hawxhurst (SBN 220327) |
|   | jerry@cronehawxhurst.com |
| 2 | Daryl M. Crone (SBN 209610) |
|   | daryl@cronehawxhurst.com |
| 3 | CRONE HAWXHURST LLP |
|   | 10880 Wilshire Blvd., Suite 1150 |
| 4 | Los Angeles, CA 90024 |
|   | Telephone: 310-893-5150 |
| 5 | Facsimile: 310-893-5195 |
| 6 | Attorneys for Plaintiff INTAMIN, LTD. |
| 7 | John B. Sganga, Jr. (Bar No. 116211) |
|   | jsganga@kmob.com |
| 8 | David G. Jankowski (Bar No. 205634) |
|   | djankowski@kmob.com |
| 9 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 2040 Main Street, Fourteenth Floor |
| 10 | Irvine, CA 92614 |
|    | Telephone: 949-760-0404 |
| 11 | Facsimile: 949-760-9502 |
| 12 | John W. Holcomb (Bar No. 172121) |
|    | jholcomb@kmob.com |
| 13 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|    | 3403 Tenth Street, Suite 700 |
| 14 | Riverside, CA 92501 |
|    | Telephone: 951-781-9231 |
| 15 | Facsimile: 949-760-9502 |
| 16 | Attorneys for Defendant MAGNETAR TECHNOLOGIES CORP. |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| INTAMIN, LTD., a Maryland corporation, | ) | Civil Action No. |
|  | ) | 8:04-CV-00511 GAF (JWJx) |
|  | ) |  |
| Plaintiff, | ) | **ORDER VACATING APRIL 4,** |
|  | ) | **2011 "ORDER GRANTING** |
| v. | ) | **STIPULATION RE BRIEFING** |
|  | ) | **SCHEDULE FOR RULE 60** |
| MAGNETAR TECHNOLOGIES CORP., a Nevada corporation, and DOES 1 through 10, inclusive, | ) | **MOTION AND STAY OF** |
|  | ) | **PROCEEDINGS TO ENFORCE** |
|  | ) | **JUDGMENT AND DEPOSIT OF** |
|  | ) | **FUNDS PURSUANT TO** |
| Defendant. | ) | **RULES 62 AND 67"** |
|  | ) |  |
| AND RELATED COUNTERCLAIM | ) | Hon. Gary A. Feess |
|  | ) |  |

*1*  The Court, having reviewed the parties' "Joint Stipulation for Order
*2* Vacating April 4, 2011 'Order Granting Stipulation Re Briefing Schedule for
*3* Rule 60 Motion and Stay of Proceedings to Enforce Judgment and Deposit of
*4* Funds Pursuant to Rules 62 And 67,'" and good cause appearing therefor,
*5* hereby ORDERS as follows:
*6*  The Court's April 4, 2011 "Order Granting Stipulation Re Briefing
*7* Schedule for Rule 60 Motion and Stay of Proceedings to Enforce Judgment and
*8* Deposit of Funds Pursuant to Rules 62 and 67" is hereby vacated.
*9*  **IT IS SO ORDERED.**

*11* Dated: April 14, 2011_____     _____
                                     UNITED STATES DISTRICT JUDGE

11014412_1
040611

-1-